November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MARK JOSEPH GORDON, Appellant

NO. 14-10-01031-CV                    V.

BRENDA CAROL GORDON, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, BRENDA CAROL GORDON, signed July 27, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, MARK JOSEPH GORDON, to pay all costs incurred in this appeal. We further order this decision certified below for observance.